IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. BAH-26-021** |
| | * | |
| **AKIA OWENS** | * | |
| | * | |
| Defendant. | * | |
| | * | |

*******

## ORDER

Upon consideration of the Government's Motion to Unseal Indictment, it is this 27th day of January, 2026 by the United States District Court for the District of Maryland, hereby ORDERED that:

The Indictment filed herein shall no longer be maintained under seal.

_____
Hon. Douglas R. Miller
United States Magistrate Judge